UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| DAVID DUNLAP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:04-0045 |
| | ) | Judge Haynes |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff, David Dunlap, is **AWARDED**
judgment against the Defendant, Tennessee Valley Authority, on his claim of racial discrimination
under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et. seq. Plaintiff is
**AWARDED** eighty-nine thousand, five hundred thirteen dollars and ten cents ($89,513.10) in
damages as well as reasonable attorney's fees and costs that will be determined in accordance with
Local Rule 54.01.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _____ day of January, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge